# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Kaylae L Overand**  
Debtor(s)

Case No. **23-20768**  
Chapter **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Kaylae L Overand**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **April 25, 2023**

Signature **/s/ Kaylae L Overand**  
**Kaylae L Overand**  
Debtor

SV INC
200 James Pl Fl 2Nd
Monroeville PA 15146

ORG1: 4 Phlebotomists
EE ID: 807    DD

KAYLAE OVERAND
PO BOX 493
MANOR PA 15665

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Kaylae Overand
PO Box 493
Manor, PA 15665
Soc Sec #: xxx-xx-xxxx    Employee ID: 807
Clock ID: 807

Home Department: 4 Phlebotomists

Pay Period: 03/06/23 to 03/19/23
Check Date: 03/22/23    Check #: 65016

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 262 | 1264.92 | 7112.64 |
| NET PAY | 1264.92 | 7112.64 |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Floating Holiday | | | | 3.3000 | 64.71 |
| | Hourly | 80.0000 | 19.6100 | 1568.80 | 467.5700 | 9169.05 |
| | Overtime | 5.1700 | 29.4150 | 152.08 | 9.2000 | 270.63 |
| | Vacation | | | | 8.0000 | 156.88 |
| | Total Hours | 85.1700 | | | 488.0700 | |
| | Gross Earnings | | | 1720.88 | | 9661.27 |
| | Total Hrs Worked | 85.1700 | | | | |

### OTHER ITEMS
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PX401 ERMTCH | 68.84 | 386.45 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 103.34 | 578.89 |
| Medicare | | 24.17 | 135.39 |
| Fed Income Tax | SMS | 117.31 | 628.16 |
| PA Income Tax | | 51.17 | 286.63 |
| PA Unemploy | | 1.20 | 6.76 |
| PA LMOAL-All LS | | 2.00 | 12.00 |
| PA MONVL-All Inc | | 16.67 | 93.37 |
| TOTAL | | 315.86 | 1741.20 |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PX401 EEPRE | 86.04 | 483.07 |
| TO-PIA DEN EE | 10.93 | 65.58 |
| TO-PIA MED EE | 40.80 | 244.80 |
| TO-PIA VIS EE P | 2.33 | 13.98 |
| TOTAL | 140.10 | 807.43 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1264.92 | 7112.64 |

Payrolls by Paychex, Inc.
0940 1408-8184  SV INC • 200 James Pl Fl 2Nd • Monroeville PA 15146 • (412) 457-0518

KAYLAE OVERAND
PO BOX 493
MANOR PA  15665

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Kaylae Overand | | |
| PO Box 493 | | |
| Manor, PA  15665 | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 807 | | |
| Clock ID: 807 | | |
| Home Department: 4 Phlebotomists | | |
| Pay Period: 02/20/23 to 03/05/23 | | |
| Check Date: 03/08/23   Check #: 64950 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 262 | 1181.03 | 5847.72 |
| NET PAY | 1181.03 | 5847.72 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Floating Holiday | 2.0000 | 19.6100 | 39.22 | 3.3000 | 64.71 |
| | Hourly | 71.8000 | 19.6100 | 1408.00 | 387.5700 | 7600.25 |
| | Overtime | | | | 4.0300 | 118.55 |
| | Vacation | 8.0000 | 19.6100 | 156.88 | 8.0000 | 156.88 |
| | Total Hours | 81.8000 | | | 402.9000 | |
| | Gross Earnings | | | 1604.10 | | 7940.39 |
| | Total Hrs Worked | 73.8000 | | | | |

**OTHER** Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PX401 ERMTCH | 64.16 | 317.61 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 96.11 | 475.55 |
| Medicare | | 22.48 | 111.22 |
| Fed Income Tax | SMS | 104.00 | 510.85 |
| PA Income Tax | | 47.59 | 235.46 |
| PA Unemploy | | 1.12 | 5.56 |
| PA LMOAL-All LS | | 2.00 | 10.00 |
| PA MONVL-All Inc | | 15.50 | 76.70 |
| TOTAL | | 288.80 | 1425.34 |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PX401 EEPRE | 80.21 | 397.03 |
| TO-PIA DEN EE | 10.93 | 54.65 |
| TO-PIA MED EE | 40.80 | 204.00 |
| TO-PIA VIS EE P | 2.33 | 11.65 |
| TOTAL | 134.27 | 667.33 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1181.03 | 5847.7 |

Payrolls by Paychex, Inc.
**0940 1408-8184**  SV INC • 200 James Pl Fl 2Nd • Monroeville PA  15146 • (412) 457-0518

KAYLAE OVERAND
PO BOX 493
MANOR PA  15665

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Kaylae Overand
PO Box 493
Manor, PA  15665
Soc Sec #: xxx-xx-xxxx    Employee ID: 807
Clock ID: 807

Home Department: 4 Phlebotomists

Pay Period: 01/23/23 to 02/05/23
Check Date: 02/08/23    Check #: 64818

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 262 | 1143.59 | 3460.71 |
| NET PAY | 1143.59 | 3460.71 |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Floating Holiday | | | | 1.3000 | 25.49 |
| | Hourly | 78.7200 | 19.6100 | 1543.70 | 235.7700 | 4623.45 |
| | Overtime | 0.2800 | 29.4150 | 8.24 | 1.6500 | 48.54 |
| | Total Hours | 79.0000 | | | 238.7200 | |
| | Gross Earnings | | | 1551.94 | | 4697.48 |
| | Total Hrs Worked | 79.0000 | | | | |

### OTHER  Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PX401 ERMTCH | 62.08 | 187.90 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 92.87 | 281.19 |
| Medicare | | 21.72 | 65.76 |
| Fed Income Tax | SMS | 98.05 | 298.90 |
| PA Income Tax | | 45.98 | 139.22 |
| PA Unemploy | | 1.09 | 3.29 |
| PA LMOAL-All LS | | 2.00 | 6.00 |
| PA MONVL-All Inc | | 14.98 | 45.35 |
| TOTAL | | 276.69 | 839.71 |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PX401 EEPRE | 77.60 | 234.88 |
| TO-PIA DEN EE | 10.93 | 32.79 |
| TO-PIA MED EE | 40.80 | 122.40 |
| TO-PIA VIS EE P | 2.33 | 6.99 |
| TOTAL | 131.66 | 397.06 |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1143.59 | 3460.71 |

Payrolls by Paychex, Inc.
0940 1408-8184  SV INC • 200 James Pl Fl 2Nd • Monroeville PA  15146 • (412) 457-0518

SV INC
200 James Pl Fl 2Nd
Monroeville PA 15146

ORG1 4 Phlebotomists
EE ID: 807    DD

KAYLAE OVERAND
PO BOX 493
MANOR PA 15665

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Kaylae Overand
PO Box 493
Manor, PA 15665
Soc Sec #: xxx-xx-xxxx    Employee ID: 807
Clock ID: 807

Home Department: 4 Phlebotomists

Pay Period: 02/06/23 to 02/19/23
Check Date: 02/22/23    Check #: 64883

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 262 | 1205.98 | 4666.69 |
| **NET PAY** | **1205.98** | **4666.69** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Floating Holiday | | | | 1.3000 | 25.49 |
| | Hourly | 80.0000 | 19.6100 | 1568.80 | 315.7700 | 6192.25 |
| | Overtime | 2.3800 | 29.4150 | 70.01 | 4.0300 | 118.55 |
| | Total Hours | 82.3800 | | | 321.1000 | |
| | Gross Earnings | | | 1638.81 | | 6336.29 |
| | Total Hrs Worked | 82.3800 | | | | |

### OTHER
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PX401 ERMTCH | 65.55 | 253.45 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 98.25 | 379.44 |
| Medicare | | 22.98 | 88.74 |
| Fed Income Tax | SMS | 107.95 | 406.85 |
| PA Income Tax | | 48.65 | 187.87 |
| PA Unemploy | | 1.15 | 4.44 |
| PA LMOAL-All LS | | 2.00 | 8.00 |
| PA MONVL-All Inc | | 15.85 | 61.20 |
| **TOTAL** | | **296.83** | **1136.54** |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PX401 EEPRE | 81.94 | 316.82 |
| TO-PIA DEN EE | 10.93 | 43.72 |
| TO-PIA MED EE | 40.80 | 163.20 |
| TO-PIA VIS EE P | 2.33 | 9.32 |
| **TOTAL** | **136.00** | **533.06** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1205.98 | 4666.6 |

Payrolls by Paychex, Inc.
0940 1408-8184  SV INC • 200 James Pl Fl 2Nd • Monroeville PA 15146 • (412) 457-0518