Certificate Number: 05781-PAW-DE-037553218

Bankruptcy Case Number: 23-20768



05781-PAW-DE-037553218

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 29, 2023, at 5:42 o'clock PM PDT, Kaylae Overand completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  June 29, 2023         By:   /s/Allison M Geving

Name: Allison M Geving

Title: President